# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**WILLAM CLAYTON BROWN,**<br><br>*Defendant.* | **Case No. 20-MJ-0148-KEW** |

## APPLICATION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Comes now Jennifer Dillon, Special Assistant United States Attorney for the Eastern District of Oklahoma, and respectfully shows to the court that the above styled and numbered cause against **WILLAM CLAYTON BROWN (DOB: 5/XX/1983; SSN: XXX-XX-7499; DOC # 404157)**, has been set for arraignment before the United States District Court for the Eastern District of Oklahoma, on October 8, 2020, and that the said **WILLAM CLAYTON BROWN** is now in the custody of the Oklahoma State Penitentiary, McAlester, Oklahoma.

**WHEREFORE**, the Court is requested to make an order directing the Clerk of this Court to issue a Writ of Habeas Corpus Ad Prosequendum requiring the United States Marshal for the Eastern District of Oklahoma, and the Warden of the Oklahoma State Penitentiary, McAlester, Oklahoma, or a duly authorized deputy, to have the body of said **WILLAM CLAYTON BROWN** at Muskogee, Oklahoma, on October 8, 2020, in order that he may be presented for arraignment and subsequent disposition of the charges and after said arraignment and ensuing litigation to be returned to the custody of the Warden of the Oklahoma State Penitentiary, McAlester, Oklahoma.

s/   Jennifer Dillon
JENNIFER DILLON
Special Assistant United States Attorney