# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

**FILED**
APR 08 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. CR 20-109-DCJ

WILLIAM CLAYTON BROWN,

        Defendant.

## WAIVER OF DETENTION HEARING

After being advised in open court of his/her right to a detention hearing pursuant to 18 U.S.C. § 3142(f), and after consulting with his/her attorney concerning said hearing, Defendant hereby waives his/her right to a detention hearing.

_____    _____
Defendant                                Attorney for Defendant

4/8/21
_____
Date

## ORDER OF DETENTION

Defendant is hereby ordered detained pending further proceedings. Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility. On order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

4/8/2021
_____    _____
Date                                       KIMBERLY E. WEST
                                              United States Magistrate Judge