UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM CLAYTON BROWN,<br>    Defendant-Appellant. | District Court No. 6:20-CR-00109-DCJ-1<br><br>Court of Appeals No. 23-7041 |

## Supplemental Designation of Record

    Supplemental papers have been designated by circling their respective docket numbers on the attached copy of the district court's docket sheets. The designations below, along with everything designated in the original designation of the record, should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Transcript of suppression hearing (7/12/21) (Doc. 50/Doc. 133)
2. Transcript of all proceedings held on 8/30/21, 8/31/21 & 9/1/21, including motions hearing and entirety of jury trial (jury selection; opening statements; evidence, including trial stipulations; discussions outside of presence of jury; closing arguments; jury instructions, unless transcription waived by both parties; reading of verdict; argument and ruling on any Rule 29 motions) (Docs. 85, 89, 92).
3. Draft presentence investigation report (Doc. 111); addendum to presentence investigation report (Doc. 113); and final presentence investigation report (Doc. 114).
4. Transcript of joint sentencing hearing (6/1/23) (Doc. 121/Doc. 134)

                                                                                            */s/ Shira Kieval*
                                                                                            SHIRA KIEVAL
                                                                                            Assistant Federal Public Defender
                                                                                            633 17th Street, Suite 1000
                                                                                            Denver, CO 80202
                                                                                            Telephone: (303) 294-7002
                                                                                            Email: Shira.Kieval@fd.org

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerks of the court of appeals and the district court by CM/ECF on August 1, 2023.

/s/ Shira Kieval
SHIRA KIEVAL
Assistant Federal Public Defender

A-9 Designation of Record Form 12/09