FILED

AUG - 8 2025

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

To. Clerk of the Court

I would like an attorney to represent me in this case please.
I would like An Attorney's name to help me on this case
please write back & let me know if I'm getting an Attorney
and or the papers I have to fell out for one.

Thank you
Respectfuly
William Clayton Brown

I would like to request (Carla stinnit) to Represent me on this case please

(Attorney Carla stinnit)