**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No.　20-CR-109-DCJ |
| WILLIAM CLAYTON BROWN, | |
| *Defendant*. | |

**MOTION FOR ADDITIONAL ONE-LEVEL REDUCTION**
**FOR ACCEPTANCE OF RESPONSIBILITY**

**COMES NOW** the plaintiff, the United States of America, by and through Christopher J. Wilson, United States Attorney, and T. Cameron McEwen, Assistant United States Attorney, and moves this Honorable Court to grant an additional one-level reduction in the advisory guideline sentence range for timely acceptance of responsibility thereby permitting the government to avoid preparing for trial and allowing the Court to allocate its resources efficiently pursuant to U.S.S.G. § 3E1.1(b).

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/　T. Cameron McEwen
　　T. CAMERON MCEWEN, AL Bar #7161R67M
　　Assistant United States Attorney
　　Attorney for the Plaintiff
　　520 Denison Avenue
　　Muskogee, OK 74401
　　(918) 684-5100
　　Cameron.McEwen@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 6, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Attorney for Defendant.

s/    T. Cameron McEwen
T. CAMERON MCEWEN
Assistant United States Attorney